JAMES J. BERGMANN, ESQ., CA SBN 220447
Law Office of James J. Bergmann
631 5th Street, Suite 201
Santa Rosa, CA 95404
(707)827-1975 telephone
(707)827-1979 facsimile
james@consumerlawoffice.net

Counsel for Plaintiff DEBRA R. ROBINSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEBRA R. ROBINSON, | CASE NO. C 11-01867 LB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| HUNT & HENRIQUES,<br>WALTER S. CHRISTENSEN,<br>and DOES 1 through 30, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:**

Please take notice that plaintiff DEBRA R. ROBINSON, pursuant to Fed. Rule of Civ.

Proc. 41(a)(1)(A)(i), discontinues the above-entitled action and dismisses her Complaint

without prejudice.

No defendant has served an Answer or Motion for Summary Judgment in this matter.

Dated: October __6__, 2011              /s/ James J. Bergmann
                                        JAMES J. BERGMANN
                                        Law Office of James J. Bergmann
                                        Attorney for Plaintiff